CORUS STAAL BV, AND CORUS STEEL USA INC. PLAINTIFFS, v. UNITED STATES DEPARTMENT OF COMMERCE DEFENDANTS, AND NATIONAL STEEL CORP., BETHLEHEM STEEL CORP., AND UNITED STATES STEEL CORP., DEFENDANT-INTERVENORS.

Consolidated Court No. 02–00003

*JUDGMENT*

RESTANI, *Judge*: This case having come before the court for decision on the Remand Determination, consistent with Slip Op. 03-101, entered on August 12, 2003,

IT IS HEREBY ORDERED that the Remand Determination is sustained, as amended on September 2, 2003.